UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

Alexis Middleton,
    **Plaintiff**

    v.                                                                                                **Civil Action No. 1:24-cv-12334-FDS**

Nelson Alves,
    **Defendant**

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated April 24, 2025 (Dkt. No. 19), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

04/24/2025                                                              /s/ Melonie Cooke
Date                                                                       Deputy Clerk